# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 63 MAL 2016
                                        :

           Respondent            :

                                          :   Petition for Allowance of Appeal from
                                          :   the Order of the Superior Court
            v.                     :

                                          :

BRIAN CHRISTOPHER MCCLASKEY,    :

                                          :

           Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.